**Order entered December 7, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-00300-CR
No. 05-20-00301-CR

**MIGUEL JOSE RIVERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-11498-V & F16-29747-V**

### ORDER

Before the Court are the State's December 4, 2020 motions for extension of time to file its briefs. We **GRANT** the motions and order the briefs received along with the motions filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE